JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUECHEN LI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SEREVICES, ET AL., <br><br> Defendants. | No. 2:25-cv-05788-AB-PD <br><br> **ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |

The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **FEBRUARY 18, 2026** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. **SO ORDERED.**

Dated: September 2, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE